# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  
    Plaintiff,                  :       Case No. 3:17MJ0088

    -vs-                      :       Magistrate Judge Sharon L. Ovington

AUSTIN KEVIN ALIG,         :

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on March 31, 2017.  Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

April 4, 2017                                                     s/ Sharon L. Ovington  
                                                                 Sharon L. Ovington  
                                                           United States Magistrate Judge